IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 18-cr-30025 |
| ) | |
| ABDUL G. ALSAMAH, ) | |
| ) | |
| Defendant. ) | |

**PRELIMINARY ORDER OF FORFEITURE**

**SUE E. MYERSCOUGH, U.S. District Judge:**

THIS MATTER is before the Court on the Government's Motion for entry of a Preliminary Order of Forfeiture, (d/e 154), upon the guilty verdict of Defendant Abdul G. Alsamah, (d/e 133). Pursuant to 21 U.S.C. § 853 and Rule 32.2 of the Federal Rules of Criminal Procedure, the Court finds as follows:

1.  The Indictment herein sought forfeiture, pursuant to 21 U.S.C. § 853, of Eighty-Nine Thousand Five Hundred Five Dollars ($89,505.00) in U.S. Currency, which are proceeds obtained directly or indirectly as a result of the commission of the offenses listed in the Indictment or used to facilitate the commission of said offenses. The

Government has confirmed with agents from the Drug Enforcement Administration that the correct amount of U.S. Currency seized was Eighty-Nine Thousand Five Hundred Fifteen Dollars ($89,515.00).

2. On June 21, 2021, a jury returned a verdict form wherein they found the Defendant guilty of Counts 1, 2, and 3 of the Indictment. (d/e 133) The Defendant's sentencing hearing is currently set for October 29, 2021.

3. Based upon the findings of the jury, and the evidence presented by the United States, this Court finds that the Government has established the appropriate nexus between the U.S. currency to be forfeited and the offenses to which the Defendant was convicted and that said property is, therefore, subject to forfeiture to the United States.

This Court hereby GRANTS the United States' Motion for entry of a Preliminary Order of Forfeiture. Accordingly, it is hereby ORDERED, ADJUDGED, and DECREED as follows:

A. All right, title, and interest in and to: Eighty-Nine Thousand Five Hundred Fifteen Dollars ($89,515.00) in U.S. currency is hereby forfeited to the United States of America, and the United States is hereby authorized to seize said property for

disposition in accordance with the law subject to the provisions of 21 U.S.C. § 853.

  B. The above-mentioned property is to be held by the United States until further order of this Court.

  C. Pursuant to 21 U.S.C. § 853, the United States shall, to the extent practicable, provide direct written notice to any persons known to have alleged an interest in the seized property, and shall publish notice of this order and the Government's intent to dispose of the property in the manner prescribed by the Attorney General, and notice that any person, other than the Defendant, having or claiming a legal interest in the property must file a petition with the Court and serve a copy on John D. Hoelzer, Assistant United States Attorney, within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier. This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought. Publication may consist of posting notice for a period

of thirty days on www.forfeiture.gov, an internet site maintained by the U.S. Department of Justice.

  D. Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n).

**ITS IS SO ORDERED.**
**ENTERED: October 6, 2021.**

           */s/ Sue E. Myerscough*
           **SUE E. MYERSCOUGH**
           **UNITED STATES DISTRICT JUDGE**