### IN THE UNITED STATES DISTRICT COURT FOR THE
### DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| United States of America ) | |
|        Plaintiff, ) | |
| V. ) | No. 18-CR-30025 |
| ) | Hon. Sue E. Myerscough |
| Abdul Alsamah ) | Mag. Tom Shchanzle-Haskins |
|        Defendant. ) | |

### MOTION TO WITHDRAW AS COUNSEL AND CONTINUE OCTOBER 18, 2021 SENTENCING DATE

NOW COMES the defendant, Abdul Alsamah ("ALSAMAH), by and through his attorney, Michael J. Petro and hereby requests this Honorable Court to grant this MOTION TO CONTINUE OCTOBER 18, 2021 SENTENCING DATE.  In support of this motion, ALSAMAH states as follows:

1. ALSAMAH's sentencing date is currently is set to go forward on October 18, 2021;

2. ALSAMAH is charged generally with Conspiracy to Distribute Controlled Substance;

3. ALSAMAH is in custody in Macon County;

4. ALSAMAH has informed undersigned counsel that he is discharged as attorney and that new counsel has been retained for all matters going forward.

5. Further, ALSAMAH's is preparing his sentencing memo.  ALSAMAH intends to object to the USSG offense level calculation for 2D1.1 Relevant 3B1.1 Aggravating Role.

6. Further, ALSAMAH is in the process of gathering mitigation for his sentencing including medical records, letters of support and testimony for his sentencing hearing;

7. AUSA Tim Bass has been notified of this Motion. As of the time of this writing, he has not responded as to the Government's position.

WHEREFORE, the defendant ABDUL ALSAMAH respectfully requests this Honorable Court to grant this MOTION TO WITHDRAW AS COUNSEL AND CONTINUE OCTOBER 18, 2021 SENTENCING DATESENTENCING DATE.

Respectfully submitted,

s/Michael J. Petro

Attorney for ABDUL ALSAMAH
20 North Clark Street, Suite 720
Chicago, IL  60602
312-913-1111

**CERTIFICATE OF SERVICE**

I, Michael J. Petro, an attorney, state that I caused to be filed, by electronic filing (ECF), with the Clerk of the United States District Court for the Central District of Illinois, the foregoing

**MOTION TO WITHDRAW AS COUNSEL AND CONTINUE OCTOBER 18, 2021 SENTENCING DATE**

The undersigned also certifies, as to the following parties, that in accordance with F.R.Civ.P. 5, LR 5.5 and the General Order on Electronic Case Filing (ECF), the foregoing pleading, along with a notice of motion if required, were served pursuant to the district court's ECF system on Monday, October 11, 2021.

Respectfully submitted,

s/Michael J. Petro

Attorney for ABDUL ALSAMAH
20 North Clark Street, Suite 720
Chicago, IL  60602
312-913-1111