E-FILED
Monday, 11 October, 2021  11:57:20 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| VS. | ) | NO. 18-30025-SEM-TSH |
| | ) | |
| ABDUL ALSAMAH, | ) | |
| | ) | |
| DEFENDANT. | ) | |

### UNOPPOSED MOTION TO SUBSTITUTE COUNSEL
### AND TO CONTINUE SENTENCING HEARING

NOW COMES the Defendant, Abdul Alsamah, by his attorney, William L. Vig, and for his Unopposed Motion to Substitute Counsel and Continue Sentencing Hearing, states as follows:

1. This case is currently set before the court for a Sentencing Hearing on October 29, 2021, before the Honorable Sue E. Myerscough.

2. The undersigned has recently been retained by the Defendant to represent him going forward in this matter.

3. Prior counsel for the Defendant, Michael J. Petro, has filed a Motion to Withdraw (d/e #156).

4. Defendant has expressed to counsel that it is his desire that the undersigned represent him going forward, and that Attorney Petro withdraw from further representation of Defendant in this matter.

5. Based on discussions with the Defendant, Attorney Petro, and Assistant United States Attorney Timothy Bass, the undersigned believes that additional time will be needed to familiarize himself with this matter, review the initial PSI with the Defendant, draft and transmit objections, research and file sentencing commentaries, and otherwise fully prepare for sentencing in this matter.

6. The undersigned has conferred with Assistant United States Attorney Timothy Bass, who indicated that the Government has no objection to a continuance of the sentencing hearing in this matter upon the undersigned's appearance as counsel for Defendant.

7. The defense therefore seeks a continuance of the sentencing hearing for approximately sixty (60) days, and a corresponding

extension of all deadlines set forth in the Order on

Implementation of Sentencing Guidelines (d/e #135).

8.  This request is made in the interest of fairness and justice and not

for the purpose of any unreasonable or undue delay.

WHEREFORE, the Defendant respectfully requests this Honorable

Court allow the undersigned to substitute in place of Michael J. Petro

as attorney for Defendant in this cause, continue the previously set

sentencing hearing for approximately sixty (60) days, and grant any

other such and further relief as this Court deems reasonable and just.

Respectfully submitted,

Abdul Alsamah, Defendant

By:   /s/ William L. Vig
Attorney for Defendant

William L. Vig (#6284192)
VIG LAW, P.C.
1100 South 5th Street
Springfield, IL 62703
(217) 241-5628
bill@vig-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.


/s/ William L. Vig
Attorney for Defendant