# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO: 18-CR-30025-SEM-TSH |
| ) | |
| ABDUL ALSAMAH, ) | |
| ) | |
| Defendant. ) | |

## UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING

NOW COMES the Defendant, Abdul Alsamah, by his attorney, William L. Vig, and for his Unopposed Motion to Continue Sentencing Hearing, states as follows:

1. This case is currently set for a sentencing hearing Friday, March 4, 2022.

2. The undersigned counsel needs additional time to communicate with the United States Probation Officer and the Government concerning objections to the Initial Presentence Investigation Report and prepare his sentencing commentaries.

3. The United States Government, by Assistant United States Attorney Timothy Bass, has no objection to this motion to continue.

4. This request is made in the interest of fairness and justice and not for the purpose of any unreasonable or undue delay.

5. Because the undersigned anticipates commencing a relatively lengthy trial in another matter pending before this Court on March 23, 2022, the

undersigned seeks a continuance of this sentencing hearing for not less than 60 days.

6. In addition, the Defendant would prefer to be sentenced in person, and the undersigned is hopeful that an in person sentencing hearing can safely be conducted without pandemic-related restrictions (or at least with fewer such restrictions) in May 2022.

WHEREFORE, the Defendant respectfully requests this Honorable Court continue the previously scheduled sentencing hearing for not less than 60 days, and grant any other such and further relief as this Court deems reasonable and just.

                                      Respectfully submitted,

                                      Abdul Alsamah**,** Defendant

By:   /s/ William L. Vig
         Attorney for Defendant

William L. Vig (#6284192)
VIG LAW, P.C.
1100 South 5th Street
Springfield, IL 62703
(217) 241-5628
bill@vig-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

    Assistant U.S. Attorney Timothy Bass    tim.bass@usdoj.gov

    /s/ William L. Vig
    Attorney for Defendant