UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 18-30025 |
| | ) |
| ABDUL G. ALSAMAH, | ) |
| | ) |
| Defendant. | ) |

**<u>GOVERNMENT'S CONSENT FOR VIDEO CONFERENCING</u>**

The United States of America, by its attorneys, Gregory K. Harris, United States Attorney for the Central District of Illinois, and Timothy A. Bass, Assistant United States Attorney, respectfully submit the following:

Pursuant to this Court's July 18, 2022, text order, the government consents to the sentencing hearing of the defendant being conducted by video conference if the defendant consents and the Court concludes that sentencing "cannot be conducted in person without seriously jeopardizing public health and safety" due to COVID-19 concerns, and that the sentencing "cannot be further delayed without serious harm to the interests of justice." (CDIL Amended General Order 22-02)

Respectfully submitted,

GREGORY K. HARRIS
UNITED STATES ATTORNEY

BY: *s/Timothy A. Bass*
Timothy A. Bass, Bar No. MO 45344
Assistant United States Attorney
318 South Sixth Street
Springfield, IL 62701
Phone: (217) 492-4450
tim.bass@usdoj.gov

## **CERTIFICATE OF SERVICE**

  I hereby certify that on July 18, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

        *s/Timothy A. Bass*
        Timothy A. Bass, Bar No. MO 45344
        Assistant United States Attorney
        318 South Sixth Street
        Springfield, IL 62701
        Phone: (217) 492-4450
        tim.bass@usdoj.gov