UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | Case No. 18-30025 |
| ) | |
| ABDUL G. ALSAMAH, ) | |
| ) | |
| Defendant. ) | |

**<u>GOVERNMENT'S CONSENT FOR VIDEO CONFERENCING</u>**

The United States of America, by its attorneys, Gregory K. Harris, United States Attorney for the Central District of Illinois, and Timothy A. Bass, Assistant United States Attorney, respectfully submit the following:

Pursuant to this Court's September 6, 2022, text order, the government consents to the sentencing hearing of the defendant being conducted by video conference if the defendant consents and the Court concludes that sentencing "cannot be conducted in person without seriously jeopardizing public health and safety" due to COVID-19 concerns, and that the sentencing "cannot be further delayed without serious harm to the interests of justice." (CDIL Second Amended General Order 22-02)

Alternatively, in the event the defendant objects to video conferencing, given the age of this case (more than four years since the May 2, 2018, indictment and more than one year since the completion of the jury trial in June 2021) and the prior sentencings by this Court of related defendants, and to avoid "unnecessary delay," Fed.R.Crim.P. 32(a)(1), and the resulting risk of "serious harm to the interests of justice[,]" Second Amended General Order 22-02 (CDIL), the government respectfully suggests to the Court that, as an alternative to a further delay, it consider conducting a masked and socially-distanced in-person hearing as scheduled. In addition, since it is only the defendant's right to be in person at his sentencing, the government respectfully suggests that the Court consider requiring any other persons wishing to attend the sentencing to be vaccinated and masked, to attend by video conferencing, or view the sentencing from a separate public viewing room. The government respectfully submits that under such circumstances, the Court could conduct an in-person hearing that would not seriously jeopardize public health and safety.

Finally, in the event the Court is inclined to continue the sentencing in the event the defendant does not consent to video

conferencing, the government respectfully requests that the Court consider rescheduling the sentencing for a firm in-person hearing during the week of October 17, 2022.[1]

        Respectfully submitted,

        GREGORY K. HARRIS
        UNITED STATES ATTORNEY

BY:   *s/Timothy A. Bass*
        Timothy A. Bass, Bar No. MO 45344
        Assistant United States Attorney
        318 South Sixth Street
        Springfield, IL 62701
        Phone: (217) 492-4450
        tim.bass@usdoj.gov

---

[1] The government respectfully makes this request because the attorney for the government will be out of state during the first two weeks of October 2022.

3

## CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

*s/Timothy A. Bass*
Timothy A. Bass, Bar No. MO 45344
Assistant United States Attorney
318 South Sixth Street
Springfield, IL 62701
Phone: (217) 492-4450
tim.bass@usdoj.gov